IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:19-CR-020 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| MARION FRABOTTA, | : | 18 U.S.C. § 661 |
| Defendant | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. § 661)

From exact dates unknown, but starting on or about September 5, 2018 and continuing until on or about September 19, 2018, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States as defined in Section 7 of this Title, the Defendant, **MARION FRABOTTA**, did take and carry away, with intent to steal or purloin, personal property of another person, an individual with the initials "J.B."

In violation of 18 U.S.C. § 661.

BENJAMIN C. GLASSMAN
United States Attorney

*/s/ Julienne McCammon*

JULIENNE MCCAMMON
Special Assistant United States Attorney